JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>Plaintiff,<br><br>v.<br><br>MAGANOLA et al.,<br><br>Defendants. | Case No. 2:22-cv-02997-JWH (DFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED**.

2. The claims arising on August 15, October 2, and October 4, 2021, are **DISMISSED without prejudice**.

3. The claims arising on September 20, 2021, are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Date: April 11, 2025

John W. Holcomb
United States District Judge